IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COMCAST CABLE COMMUNICATIONS, LLC,

    Plaintiff,

  v.

OPENTV, INC., and NAGRAVISION SA,

    Defendants.

No. C 16-06180 WHA

**ORDER DENYING PRO HAC VICE APPLICATION**

The *pro hac vice* application of Attorney Jason Liss (Dkt. No. 28) is **DENIED** for failing to comply with Local Rule 11-3. That rule requires an applicant to certify that "he or she is an active member in good standing of the bar of a United States *Court* or of the highest *court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it identifies only the state of bar membership — *e.g.*, "the bar of Massachusetts" — is inadequate under the rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: January 4, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE