# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Comcast Cable Communications, LLC,

    Plaintiff(s),

v.

OpenTV, Inc., and Nagravision SA,

    Defendant(s).

Case No: 5:16-cv-6180-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jason H. Liss, an active member in good standing of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Comcast Cable Communications, LLC in the above-entitled action. My local co-counsel in this case is Kathryn D. Zalewski, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| WilmerHale<br>60 State Street, Boston, Massachusetts 02109 | WilmerHale<br>950 Page Mill Road, Palo Alto, California 94304 |
| MY TELEPHONE # OF RECORD:<br>(617) 526-6000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 858-6000 |
| MY EMAIL ADDRESS OF RECORD:<br>Jason.Liss@wilmerhale.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Kathryn.Zalewski@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 672902.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/05/16

                                  Jason H. Liss
                                  APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jason H. Liss is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 5, 2017.

                                UNITED STATES DISTRICT/MAGISTRATE JUDGE