**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC,<br><br>　　　Plaintiff,<br><br>　v.<br><br>OPENTV, INC., and NAGRAVISION SA,<br><br>　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 16-06180 WHA<br><br>**ORDER SHORTENING TIME TO HEAR MOTION TO STAY** |

　　　The Court is in receipt of plaintiff Comcast Cable Communications, LLC's motion to stay (Dkt. No. 85). Because the requested stay seems to be statutorily mandated, this order expedites the timetable for this motion to quickly resolve the issue so that there will be no snafu in the selection of claims for each side's upcoming pilot summary judgment motion (*see* Dkt. No. 82). Defendants shall respond to the motion to stay by **MARCH 27 AT NOON**. Comcast may reply by **MARCH 31 AT NOON**. A hearing on this motion is set for **APRIL 6 AT 8:00 A.M.**

　　　**IT IS SO ORDERED.**

Dated: March 21, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE