UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OPENTV, INC., and NAGRAVISION SA,<br><br>Defendants. | Case No. 3:16-cv-6180-WHA<br>Order re:<br>**STIPULATION TO ENLARGE TIME FOR COMCAST CABLE COMMUNICATIONS, LLC TO IDENTIFY ITS CHOSEN CLAIM** |

WHEREAS, the parties are required to select one claim each on April 5, 2017 on which to move for summary judgment pursuant to the Court's Case Management Order dated March 13, 2017;

WHEREAS, Defendants OpenTV, Inc. and Nagravision SA (collectively, "Defendants") notified Plaintiff Comcast Cable Communications, LLC ("Comcast") of their intent to provide covenants not to sue Comcast for infringement of U.S. Patent Nos. 7,900,229 (the "'229 patent"), 5,907,322 (the "'322 patent"), and 6,799,328 (the "'328 patent") on March 24, 2017;

WHEREAS, Comcast represents that Defendants' proposed covenants not to sue on three of the seven patents not subject to a statutory stay significantly affect Comcast's decision as to which of the pending claims to select as its chosen claim;

WHEREAS, Comcast and Defendants have discussed and Defendants do not oppose Comcast's request for an extension of time for Comcast to select its chosen claim;

WHEREAS, this extension of time will not affect any other deadlines in this litigation;

NOW THEREFORE, the parties hereby stipulate and agree as follows, subject to the approval of the Court.

1. Comcast's deadline to disclose its chosen claim shall be extended by one week, to and including April 12, 2017.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: March 31, 2017.

_____
Hon. William Alsup
United States District Judge

Case No. 3:16-cv-6180-WHA

Order re:
STIPULATION TO ENLARGE TIME FOR
COMCAST CABLE COMMUNICATIONS
TO FILE CHOSEN CLAIM