IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>OPENTV, INC., and NAGRAVISION SA,<br><br>    Defendants. | No. C 16-06180 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue any of the motions coming up for hearing in this matter.

Dated: May 9, 2017.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE